| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>JUAN C. GOMEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-po-00276 JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER THEREON** |
| vs. | Date: May 5, 2020 |
| JUAN C. GOMEZ, | Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for April 8, 2020 may be may be continued to May 5, 2020, at 10:00 a.m., or the soonest time thereafter convenient to the court.

This matter was previously continued to April 8, 2020 to allow time for the possible filing of a motion to suppress evidence. Defense counsel has determined that grounds for such a motion do not exist and the parties are attempting to reach a negotiated settlement of this matter. This continuance is requested to allow time for a written plea agreement to be finalized and signed by defendant prior to the next hearing. In the event no plea agreement is reached, a trial date will be requested at the next hearing.

///

///

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

McGREGOR W. SCOTT<br>
United States Attorney

DATED: April 6, 2020      By */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Legal Enforcement Officer
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 6, 2020      By */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
JUAN C. GOMEZ

**ORDER**

It is so ordered. For the reasons set forth above, the status conference is continued to May 5, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __April 6, 2020__                             _/s/ Jeremy Peterson_
                                                    UNITED STATES MAGISTRATE JUDGE