HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUAN C. GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN C. GOMEZ,<br><br>Defendant. | Case No. 6:19-po-00276 JDP<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR TRIAL; ORDER THEREON**<br><br>Date:   September 16, 2020<br>Time:   9:00 a.m.<br>Judge:  Hon. Jeremy D. Peterson |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for May 5, 2020 may be may be vacated, and the matter set for trial on September 16, 2020, at 9:00 a.m., or the soonest time thereafter convenient to the court. It is further requested that a trial confirmation hearing be set for August 19, 2020 at 10:00 a.m.

This matter was previously continued to May 5, 2020 to allow time for settlement negotiations. At this time no agreement has been reached and the parties are requesting that the matter be set for trial. The parties agree that time may be excluded through trial for defense investigation, trial preparation and continued plea negotiations.

The parties agree that the delay resulting from this request shall be excluded in the

///

1  interest of justice, and for effective defense investigation and preparation, pursuant to 18
2  U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                                                       McGREGOR W. SCOTT
                                                                       United States Attorney

DATED: May 5, 2020                                    By */s/ Susan St. Vincent*
                                                                            SUSAN ST. VINCENT
                                                                            Legal Enforcement Officer
                                                                            Attorneys for Plaintiff

                                                                      HEATHER E. WILLIAMS
                                                                      Federal Defender

DATED: May 5, 2020                                    By */s/ Eric V. Kersten*
                                                                            ERIC V. KERSTEN
                                                                            Assistant Federal Defender
                                                                            Attorneys for Defendant
                                                                            JUAN C. GOMEZ

ORDER

For the reasons set forth above, this matter is set for trial on September 16, 2020, at 9:00 a.m.; and for a trial confirmation hearing on August 19, 2020, at 10:00 a.m. For Speedy Trial Act purposes, for reasons stated above, time is excluded through trial.

IT IS SO ORDERED.

Dated:   May 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE